UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA L. CAREY, | No. 2:21-mc-00014-WBS-AC |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT OF VETERANS AFFAIRS, | |
| Defendant. | |

Plaintiff, appearing through counsel, filed a miscellaneous case against the Department of Veterans Affairs to seek an order requiring her own deposition for the purpose of preservation of testimony. ECF No. 1. There is no indication that the Department of Veterans Affairs has been served with the petition.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall serve defendant and file a proof of service with in 14 days of the date of this order; and

2. Defendant shall file a response to the petition within 60 days of service.

DATED: January 26, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE